**Andrew CARMAN and Karen Carman, Appellants**

v.

**Jeremy CARROLL.**

**No. 13–2371.**

United States Court of Appeals, Third Circuit.

Submitted on Dec. 12, 2014.

Dec. 18, 2014.

Kelly A. Bray, Esq., Barry H. Dyller, Esq., Dyller Law Firm, Wilkes–Barre, PA, for Andrew Carman and Karen Carman.

Timothy P. Keating, Esq., Sean A. Kirkpatrick, Esq., Office of Attorney General of Pennsylvania, Harrisburg, PA, for Jeremy Carroll.

Before: McKEE, Chief Judge, FUENTES, Circuit Judge, and SCHILLER, District Judge.[1]

## JUDGMENT ORDER

JULIO M. FUENTES, Circuit Judge.

This cause came to be heard on appeal from the United States District Court for the Middle District of Pennsylvania and upon remand from the Supreme Court of the United States

it is ADJUDGED and ORDERED that the judgment of the District Court denying Appellants' motion for judgment as a matter of law on the unlawful entry claim and the jury verdict regarding the Appellants' unlawful seizure claim be and hereby are AFFIRMED.